# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK O'BRIEN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-5907 |
| | : | |
| **SOUTHEASTERN PENNSYLVANIA** | : | |
| **AUTHORITY POLICE DEPARTMENT** | : | |

# ORDER

AND NOW, this 9th day of June 2021, upon considering Defendant's Motion for summary judgment (ECF Doc. No. 14), Plaintiff's Opposition (ECF Doc. Nos. 15, 16. 17), Defendant's Reply (ECF Doc. No. 18), finding no genuine issue of material fact precluding judgment as a matter of law on Plaintiff's remaining claims, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion for summary judgment (ECF Doc. No. 14) is **GRANTED** and the Clerk of Court shall **close** this case.

**KEARNEY, J.**